## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

D. KEITH DIXON and HEATHER
MERRITT-DIXON (WIFE),

      Petitioners

   v.

AMITY TOWNSHIP BOARD OF
SUPERVISORS, AMITY TOWNSHIP,
PENNSYLVANIA,

      Respondents

: No. 607 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.